UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6243-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           **O R D E R**

GREGORY DUANE HOLLINS,

    Defendant.
_____/

THIS MATTER is before the Court upon Defendant Gregory Duane Hollins's Motion To Reduce Sentence Pursuant To New Guideline Amendment (DE 43). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that Defendant was sentenced as a career offender under § 4B1.1(b) of the United States Sentencing Guidelines, and is thus ineligible for a reduction of his sentence.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Gregory Duane Hollins's Motion To Reduce Sentence Pursuant To New Guideline Amendment (DE 43) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___3rd___ day of February, 2009.

                                                                                /s/ William J. Zloch
                                                  WILLIAM J. ZLOCH
                                                  United States District Judge

Copies furnished:

See Attached Mailing List

UNITED STATES OF AMERICA VS. GREGORY DUANE HOLLINS
CASE NO. 98-6243-CR-ZLOCH

All Counsel of Record

Gregory Duane Hollins, pro se
# 54788-004
U.S.P. Coleman-2
P.O. Box 1034
Coleman, FL 33521